01

02

03

04

05

06                                    UNITED STATES DISTRICT COURT
                                     WESTERN DISTRICT OF WASHINGTON
07                                              AT SEATTLE

08    GABRIEL K. JANG,                        )
                                              )
09            Petitioner,                     )    CASE NO.      C11-1960-RSL-MAT
                                              )                 (CR08-426-RSL)
10        v.                                  )
                                              )
11    UNITED STATES OF AMERICA,               )    ORDER DIRECTING GOVERNMENT
                                              )    TO SUPPLEMENT THE RECORD
12            Respondent.                     )
      _____ )
13

14            Petitioner has filed a motion to vacate, set aside, or correct his sentence pursuant to 28

15    U.S.C. § 2255.   The government has filed a response to the motion and petitioner has filed a

16    reply brief in support of his motion.   The government has referenced in its briefing the

17    Presentence Report prepared by the United States Probation Office.   However, the Presentence

18    Report has not been made available to the Court for review.   The Court does therefore ORDER

19    as follows:

20            (1)      The government is directed to furnish the Court with a copy of the Presentence

21    Report, in accordance with Rule 5(c) of the Rules Governing § 2255 Proceedings in the United

22    States District Courts, not later than *April 20, 2012*.   Petitioner's § 2255 motion (Dkt. No. 1) is

ORDER DIRECTING GOVERNMENT
TO SUPPLEMENT THE RECORD
PAGE - 1

01  RE-NOTED on the Court's calendar for consideration on that date.

02          (2)      The Clerk shall direct copies of this Order to petitioner, to counsel for the

03  government, and to the Honorable Robert S. Lasnik.

04          DATED this 11th day of April, 2012.

05

06                                                      _____

07                                                      Mary Alice Theiler
                                                        United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DIRECTING GOVERNMENT
TO SUPPLEMENT THE RECORD
PAGE - 2