UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| GABRIEL K. JANG, | ) | |
| | ) | |
| Petitioner, | ) | CASE NO. C11-1960-RSL-MAT |
| | ) | (CR08-426-RSL) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER DIRECTING GOVERNMENT |
| | ) | TO SUPPLEMENT THE RECORD |
| Respondent. | ) | |
| | ) | |

Petitioner has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The government has filed a response to the motion and petitioner has filed a reply brief in support of his motion. The government has referenced in its briefing the Presentence Report prepared by the United States Probation Office. However, the Presentence Report has not been made available to the Court for review. The Court does therefore ORDER as follows:

(1) The government is directed to furnish the Court with a copy of the Presentence Report, in accordance with Rule 5(c) of the Rules Governing § 2255 Proceedings in the United States District Courts, not later than *April 20, 2012*. Petitioner's § 2255 motion (Dkt. No. 1) is

ORDER DIRECTING GOVERNMENT
TO SUPPLEMENT THE RECORD
PAGE - 1

01 | RE-NOTED on the Court's calendar for consideration on that date.

02 | (2) The Clerk shall direct copies of this Order to petitioner, to counsel for the

03 | government, and to the Honorable Robert S. Lasnik.

04 | DATED this 11th day of April, 2012.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

ORDER DIRECTING GOVERNMENT
TO SUPPLEMENT THE RECORD
PAGE - 2