UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| GABRIEL JANG, | ) | |
| | ) | |
| Petitioner, | ) | CASE NO. C11-1960-RSL |
| | ) | (CR08-426-RSL) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER DENYING MOTION UNDER |
| | ) | 28 U.S.C. § 2255 |
| Respondent. | ) | |
| | ) | |

The Court, having reviewed petitioner's motion under 28 U.S.C. § 2255, the briefing of the parties, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's motion under § 2255 (Dkt. No. 1) is DENIED and this action is DISMISSED with prejudice;

(3) In accordance with Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is DENIED; and

/ / /

ORDER DENYING MOTION
UNDER 28 U.S.C. § 2255
PAGE -1

01        (4)    The Clerk shall send copies of this Order to petitioner, to counsel for the

02 government, and to Judge Theiler.

03       DATED this 27th day of June, 2012.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
UNDER 28 U.S.C. § 2255
PAGE -2